# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| Mario Landeros | CASE NUMBER: |
|---|---|
| PLAINTIFF(S), | CV 11-1124-SVW(SS) |
| v. | |
| Lloyd, Et al., | JUDGMENT |
| DEFENDANT(S). | (FAILURE TO PAY FILING FEE) |

Pursuant to the Order of the Court,

IT IS ADJUDGED that judgment be entered dismissing without prejudice the complaint and action due to plaintiff's failure to comply with 28 U.S.C. § 1915.

_5/6/2011_  
Date

United States District Judge

IFP-5 (02/05)     JUDGMENT (FAILURE TO PAY FILING FEE)